and *Edward P. Hollingshead,* Deputy Attorney General, for the State of California, appellee. 

No. 869. MONTGOMERY *v.* WEST BASIN MUNICIPAL WATER DISTRICT ET AL. Appeal from the Supreme Court of California. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *A. Andrew Hauk* for appellant. *James H. Howard, Charles C. Cooper, Jr.* and *John M. Davenport* for the Metropolitan Water District of Southern California, appellee.

No. 885. CALHOUN *v.* SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF SAN DIEGO ET AL. Appeal from the Supreme Court of California. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. THE CHIEF JUSTICE took no part in the consideration or decision of this case. *John W. Preston* and *Charles H. Carr* for appellant. *Edmund G. Brown,* Attorney General of California, and *Clarence A. Linn,* Assistant Attorney General, for appellees. 

No. 724, Misc. PRIESTER *v.* FAY, WARDEN, ET AL. Appeal from and petition for writ of certiorari to the Appellate Division of the Supreme Court of New York, Second Judicial Department. *Per Curiam:* The appeal is dismissed and the petition for writ of certiorari is denied.

No. 774, Misc. BOYDEN *v.* HERITAGE, WARDEN, ET AL. Appeal from the United States Court of Appeals for the Ninth Circuit. *Per Curiam:* The appeal is dismissed.